[No. 6432-4-II.  Division Two.  October 4, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE
MARK SHORT, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 82-1-00114-7, Thomas L. Lodge, J., entered
June 11, 1982. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 6458-8-II.  Division Two.  October 4, 1984.]

JAMES K. WOOD, *Appellant,* v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 29470, Gerald B. Chamberlin, J., entered
July 9, 1982. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6585-1-II.  Division Two.  October 8, 1984.]

LARRY D. SLATTERY, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 71993, Thomas L. Lodge, J., entered August
18, 1982. *Reversed* by unpublished opinion per Petrich,
C.J., concurred in by Reed, J., and Langsdorf, J. Pro Tem.

[No. 6395-6-II.  Division Two.  October 8, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
MARTIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 8056, Alan R. Hallowell, J., entered May
26, 1982. *Affirmed* by unpublished opinion per Petrich,
C.J., concurred in by Reed, J., and Langsdorf, J. Pro Tem.